956

No. 76–1244. STOLL v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 76–1253. KAPLAN v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 76–1274. WEST v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 76–5668. MARTIN ET AL. v. UNITED STATES; and
No. 76–5714. BRENNAN v. UNITED STATES. C. A. 5th Cir. Certiorari denied. Reported below: 537 F. 2d 120.

No. 76–5830. HOSKINS v. WYOMING. Sup. Ct. Wyo. Certiorari denied.

No. 76–5853. SKAGGS v. MISSOURI. Ct. App. Mo., St. Louis Dist. Certiorari denied.

No. 76–5867. BURCHFIELD v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 76–5919. PORTER v. GEORGIA. Sup. Ct. Ga. Certiorari denied.

No. 76–5939. ALLEN v. ILLINOIS. App. Ct. Ill., 3d Dist. Certiorari denied.

No. 76–5940. COGNATO v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 76–5942. LOGAN v. ILLINOIS. App. Ct. Ill., 4th Dist. Certiorari denied.

No. 76–5960. JONES v. WYRICK, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 76–5980. GRUBA v. WASHINGTON. Ct. App. Wash. Certiorari denied.